# IN THE DISTRICT COURT OF THE UNITED STATES
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# ASHEVILLE DIVISION
# 1:05CR220-01

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Vs. ) | ORDER |
| ) | |
| JADA RENEE GILLILAND, ) | |
| ) | |
| Defendant. ) | |
| ) | |

THIS CAUSE coming on to be heard and being heard before the undersigned, Dennis L. Howell, United States Magistrate Judge for the Western District of North Carolina, upon oral motion of the defendant for medical treatment and it appearing to the court at the call of this matter on for hearing that the defendant was present with her counsel, Carol Ann Bauer, attorney of Morganton, North Carolina, and that the Government was present and represented through Assistant United States Attorney Jill Westmoreland Rose, and from the statements of counsel for the defendant and the statement of the Assistant United States Attorney and the records in this cause, the court makes the following findings:

**Findings**. After arraignment of the defendant Ms. Bauer advised the court that the defendant was not receiving medical treatment in the facility where the defendant is being detained. Ms. Bauer explained to the court that the defendant was being treated by a Dr. Abraham at Phoenix Medical Center in Morganton, North Carolina and that Dr. Abraham or other physicians at the Phoenix Medical Center had previously prescribed for the defendant the following medications: Seroquel, Ativan and Lamectal all of which were prescribed for the defendant's alleged condition of Bi-Polar Disorder and Schizophrenia. Upon questioning by the court, Ms. Bauer stated that all of the defendant's prescriptions for these medications had expired and that the defendant's treating

physician had declined to prescribe renewals for these medications without examining the defendant. The treating physician, Dr. Abraham, is located in Morganton, North Carolina and the defendant is incarcerated in a detention facility in Buncombe County, North Carolina.

The undersigned set terms and conditions of pretrial release for the defendant on August 3, 2005. Those terms and conditions required that the defendant provide a person who would be a suitable custodian for the defendant and who would allow the defendant to live in the custodian's home subject to terms and conditions of home detention which would include electronic monitoring. As of August 15, 2005 the defendant had been unable to located such a custodian or residence dispte extensive efforts being made to assist the defendant by Angela Pickett the United States Probation Officer.

The undersigned advised the defendant that the court would consider entering an order hospitalizing the defendant for treatment at the Columbia, South Carolina Federal Prison Hospital so that the defendant could be prescribed these medications but that the order would not enter until August 19, 2005 for the purpose of giving the defendant additional time within which to meet the conditions of pretrial release. The United States Marshal Service has now advised the court that the defendant, after making the appearance in open court on August 15, 2005 before the undersigned, did sign and execute a medical release so that the Buncombe County, North Carolina detention facility could obtain the defendant's medical records and then determine whether or not the defendant was in need of the medications that it was alleged were prescribed for her. The undersigned has determined that it would be appropriate to enter an order setting this matter on for hearing on August 19, 2005 to determine what would be the appropriate treatment for the defendant should the defendant not have been released before that time.

WHEREFORE, IT IS THEREFORE **ORDERED** that this matter be calendared for August

19, 2005 before the undersigned for a determination to be made as to any appropriate treatment that should be rendered to the defendant should she not have been released on terms and conditions of pretrial release prior to that date.

**Signed: August 16, 2005**

_Dennis L. Howell_
Dennis L. Howell
United States Magistrate Judge