

**North Carolina Western**
**MEMORANDUM**

**Date:** May 23, 2006

**To:** The Honorable Dennis L. Howell

**From:** Robert T. Ferguson - U.S. Probation Officer

**Subject:** Jada Gilliland - Docket No. 1:05CR220-1 (Summons Requested)

---

On 3/16/06, Jada Gilliland appeared in U.S. Magistrate Court and was released on a $50,000 unsecured bond with pretrial supervision. As a special condition of release, the defendant was placed in the custody of Katherine Turbyfill who resides at 305 Park Avenue, Apartment F, Drexel, NC. Mr. Gilliland was also placed on home detention with electronic monitoring, and she has resided with Katherine Turbyfill since her release.

On 5/23/06, the probation officer spoke with Ms. Turbyfill who advised she was not getting along with the defendant, and stated she wants the defendant out of her apartment. Ms. Turbyfill stated she does not want the defendant to be placed in jail, however, the defendant can no longer live with her. Ms. Turbyfill also expressed her desire to be released from her responsibility as 3rd party custodian.

Ms. Gilliland does not have any other place to reside at this time. She has previously expressed a desire to get married and move in with her boyfriend, however, she has informed the probation officer that she does not know if her boyfriend intends to marry her. She hopes someone else will let her live with them, however, she has no specific plans at this point.

Based on the information in this memorandum, the probation officer would recommend that the defendant be summoned to appear in court. If she is unable to provide a suitable residence proposal with a responsible custodian, it would be the recommendation of the probation officer that she be detained until a suitable living situation can be arranged.

**THE COURT ORDERS**

[ ] No Action

[ ] The Issuance of a Warrant

[X] The Issuance of a Summons

[ ] Other

_____
Signature of Judicial Officer

23 May, 2006
Date