IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
1:05CR220-01

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Vs. | ) | ORDER |
| | ) | |
| JADA RENEE GILLILAND, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

THIS CAUSE coming on to be heard before the undersigned, pursuant to a motion filed by the defendant on June 27, 2006 entitled, "Motion for Order Allowing Defendant to be Placed in Jail Based Drug Treatment Program". From an examination of the motion and the file in this matter, it appears that the defendant is scheduled for a sentencing hearing on August 8, 2006. As a result, it is extremely doubtful that the defendant could complete the Jail Based Inpatient Treatment Program prior to sentencing and that sentencing could interrupt the treatment program and thus render the treatment program ineffectual. The scheduled sentencing of the defendant should take precedence over all other matters so that there can be a rapid and complete administration of justice in this matter. As a result thereof, the motion of the defendant is hereby **DENIED.**

Signed: July 14, 2006

_____
Dennis L. Howell
United States Magistrate Judge